**Order filed October 16, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00865-CV
_____

### IN THE INTEREST OF F.M.E.A.F., A.A.F.H., AND A.J.F.H., CHILDREN

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-04982J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The notice of appeal was filed on October 5, 2018. Appellant, D.M.F., has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due **October 15, 2018** (10 days after the notice of appeal was filed). *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible

for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court must direct the court reporter to immediately commence the preparation of the reporter's record and must arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we order the official court reporter for the 315th District Court to file the reporter's record in this appeal by **October 26, 2018.** If the record is not timely filed, we will order the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM